UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :    Mag. No. 12-2022 (JS)

    v.                                           :

WAEL KHASHARMEH                :

## SEALING ORDER

This matter having come before the Court on the application of the United States of America (Diana V. Carrig, Assistant U.S. Attorney, appearing) for a Complaint and Arrest Warrant, and its concurrent application that the Complaint and Arrest Warrant filed against the person named in the warrant be filed under seal, and for good cause shown,

It is on this 10th day of February, 2012,

ORDERED that, with the exception of copies of the Arrest Warrant necessary for the execution thereof, the Complaint, Arrest Warrant and all other papers related to the above-captioned matter shall be filed under, and are hereby sealed, until the arrest of the individual named in the warrant or until further order of this Court.

                                          HON. JOEL SCHNEIDER
                                          UNITED STATES MAGISTRATE JUDGE